Name _____

_____

_____

Address _____

FILED
AUG 18 2016
By: _____ Clerk, U.S. District Court
            Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DAVID BENTLY EDMINSTER, Plaintiff
(Full Name)

v.

Sheriff Dedgke
Leavenworth County Jail, Defendant(s)

CASE NO. 16-3176-SAC-DJW
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) DAVID B. EDMINSTER, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at 601 S. 3rd Street Suite #2001
                                        (Mailing address or place
   Leavenworth County Jail, Lev, Ks 66048.
   of confinement.)

2) Defendant Sheriff Dedgke is a citizen of
              (Name of first defendant)

   Leavenworth, Kansas, and is employed as
   (City, State)

   Sheriff of Leavenworth County. At the time the
   (Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes [✓] No [ ].  If your answer is "Yes", briefly explain:

EVERYTHING HAPPENED WHILE I WAS IN custody at THE
LEAVENWORTH County JAIL BY Those WORKING There
The Sheriff knew + Denies, melissa worked as Am NURSE

1

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

3) Defendant __Melissa__ is a citizen of
   (Name of second defendant)

__Leavenworth, Kansas__, and is employed as
   (City, state)

__AM Nurse at Leavenworth County Jail__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

__She kept stating that their Policy wont Supply meds for Degenerative Disc Desease, CHRonic Pain or Pull Teeth.__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to
   assert jurisdiction under different or additional statutes, you may list them below.)

__additional Estelle v. Gamble   429 U.S. 97 (1976)__

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

__I was incarcerated on 3/2/2016 for DRiving on Suspended, in Leavenworth County Jail for 1 year although PSI Suggested 60 Days then probation for Duration. I was put in Medical Holding Due to Withdrawal from Pain meds/METHADONE which I Had weaned myself off of. Id Been on Narcotics from Doctors + Didnt Like the Roller Coaster so I got on THE METHADONE PROGRAM about 8 years AGo AND IT worked, along with IBUpRophen I could Function. I Told melissa the AM NuRSe At Leavenworth Co jail I was in Pain could I Have AN IBuprophen__

2

XE-2 8/82                  CIVIL RIGHTS COMPLAINT §1983

(continued from page 18, attachment #1)

She told me to put in a written request, pay $8.00 and I'd get two twice a day for 3 days and that would be it.

At that point I tried to give her some background on my physical condition: <u>chronic pain</u> from degenerative disc disease, rheumatoid arthritis, etc. and that I had a lot of teeth pain. She couldn't even look in my mouth. Six are broken off at the gums! 12 in all. I was going to an oral surgeon and the dental college before I was incarcerated. I said chronic pain should be treated daily for only one payment and she said chronic means "life threatening" and that they would not be dispensing ibuprofen or pulling teeth here! and referred me to the commissary to buy my own ibuprofen. Four months later no dentist or pain meds. All I asked for was Ibuprofen.

They tried to charge me again the second month so I started the grievance process. All the copies are included. They also tried to impede my due process. All grievances on that issue are included – life threatening issues!

Then in the process of painting the jail, I was moved from D Pod to C Pod. The AC didn't work, good for arthritis. Then it got fixed and my back went out – too cold. I got up to urinate and woke up on the floor with a broken jaw. Took them 5 days before it was taken care off. Five days with broken bones on only ibuprofen, finally. Two daily morning and night. Supposedly I could get Tylenol at noon but was never informed of this until too late. There were also major issues with getting ice before and after surgery. I kept records and filed an emergency grievance because the swelling/infection spread to my thyroid and throat constricting my breathing. Then all of a sudden I was given my antibiotics AM and PM instead of just PM.

B) Nature of Case Continued from pg-18 Attached Etc.   18b

1) She told me to put in a written request pay $8.00 + I'd get 2 twice a day for 3 days + that would be it.

At that point I tried to give her some background on my Physical Condition. CHRONIC PAIN from Degenerative Disc Desease Rheumatoid ARTHRITIS etc. + that I HAD alot of tooth pain she couldn't even look in my mouth! 6 Broken off at the Gums! 12 in all. I was going to an oral Surgeon AND THE Dental College on the Streets Before I was incarcerated.

I said CHRONIC pain (ONGOING) should BE TREATED DAILY for only 1 payment, CHRONIC (ONGOING) AND She SAID CHRONIC means (LIFE THREATENING) + that they would not be dispensing IBUPROPHEN OR pulling teeth HERE!

AND REFERED ME to THE COMISSARY to buy my own IBUPROPHEN.
4 months later No Dentist or pain meds, all I asked for was IBU!...
and then they tried to charge me again 2nd month, So I started the Grievance Process all the copies are included. They also tried to impede my Due Process. all GRIEVANCES on that issue are included, LIFE THREATENING ISSUES!

Then in the Process of Painting the Jail, I was moved from D Pod To C-Pod, the AC Didn't work, Good for ARTHRITIS. Then it got Fixed + my back went out, TOO COLD I got up to take a URINATE + woke up on the Floor with A Broken Jaw, Took Them 5 Days before it was taken Care of. 5 Days with Broken Bones on only IBUPROPHEN Finally! 2 Daily Morning + Night. Supposedly I could get Tylenol at noon But was never informed of this until too late. There were Also MAJOR ISSUES WITH GETTING ICE Before + After Surgery. I kept Records + filed AN Emergency Grievance Because the Swelling/infection spread to my Thyroid + Throat constricting my Breathing. Then all of a sudden I was given my Anti Biotics AM+PM instead of just PM!

It's all in the emergency grievance (attachment #4) and Notes After Surgery (attachment #3)

Page #18, attachment #3

Notes After Surgery and Reasons for Emergency Grievance

It took five days to get to surgery. No Tylenol at noon received for five days for broken mandible/jaw

6.23.2016 – 2200 – turned off water. No food or drink after 2400

6.24.2016 – 6:30 AM meds, asked for ice for pain. Never received any. Left for KU approx. 12:30. Surgery wasn't scheduled until 1400, didn't start until 1600.

6.25.2016 – Back to Leavenworth to jail. Swollen to excess. Asked for ice at 1330. Didn't get it until 1730 – four hours more pain!

6.26.2016 – Ice? Night shift. I called control at 0200. Been waiting for four hours, still no ice. 2nd shift officer in medical said he'd inform night shift to give me ice or he'd bring some. Didn't happen. Finally got ice at 0400. I said "God bless you. Thanks!"

6.26.2016 - AM meds 0630. Melissa gave me only two Tylenols, no antibiotics or Cymbalta. Also talked SXXX to me when I asked her to call the surgeon because I was warned to call if the swelling/infection spread and it had spread to my thyroid/Tracheotomy site and further making it hard to breathe. (If infection spreads to heart you can die)

6.26.2016 - still no phone

**Emergency grievance**

6.27.2016 – AM meds 0630 for once I got Tylenol, antibiotics and Cymbalta – all three

6.28.2016 – Since yesterday face is numb again/no feeling lower lip, jaw

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: 14 Amendment Due pRocess Impedence. #9,10,11 &12 Attached GRIEvences.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

6-8 J-Wise #480 Refused to Deliver (THIS) legal format & A copy of the Sheriffs GRIevenct Sent BACK to me from my mother Because they charge me for every copy $.25 Here
6/10 Turner #445 signed for But Didnt Deliver (THIS FORMAT) a copy of A Legal format needed in the next Due process step Seeking Relief

B) (1) Count II: 8th Amendment Rights ADEQuate medical help

(2) Supporting Facts: Everything stated in B, Nature of the case (oops sorry) also 1-8 13,14 in attached GRIEvence

20

C) (1) Count III: Eventual fall + broken Jaw facial Deformity + Numbness plus my Bite is way off / can't eat

(2) Supporting Facts: Ky med has all the Records I hasn't given access or the Access Code, it was Denied me when asked

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

4

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

2\

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$1,000,000 for facial Deformity + Pain + Suffering + Set a Precidure for them to supply adequate medical/Dental for All PRisoners in Leavenworth County Jail.

_____   *Paul Edwards*
Signature of Attorney (if any)       Signature of Petitioner

(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983