

**TO:**     Inmate David Edminister, # 49680

**FROM:**  Sheriff A. Dedeke

**DATE:**  June 10, 2016

**RE:**     Grievance dated May 27, 2016

---

I am in receipt of your grievance and accompanying type-written letter replicating your written statement via the United States Postal Service.  After reading your grievance, I have identified several issues you are unhappy about.

First, you state your "chronic issues" have been ignored since arriving at this facility in March of this year.  To the contrary, you benefitted from a medical assessment upon your arrival and further, after much deliberation, signed a Release of Information in order for medical staff to verify your stated afflictions.  The issues you presented with were addressed in a timely manner and consistent with medical protocol.  Medical staff is available 16 hours daily and are easily accessible to inmates upon request.  Your understanding of this procedure is evident in that each time you requested to see medical, a visit was preceded with the completion of an inmate request form.

This leads to the second issue which is being charged a total of $24 to visit the nurse three times and receive a prescription.  Co-pays are both a common and legal practice within jails.  Once a prescription has been given an inmate, a follow up visit is necessary to ensure it is having the desired effect.  In your case, the follow up was for the purpose to inquire if it was providing pain relief.  According to notes in your medical chart, you claimed the pain was controlled.  With this knowledge, your prescription was continued.  I have determined you have received both value for the money you have spent and relief for a chronic pain issue.

Next, you cite attempts to seek relief from the discomfort your deteriorated dental condition has caused.  Particularly, you state you are suffering from inflammation and pain.  This issue was discussed upon entry into the facility and at that time you were put on a treatment regimen known to reduce inflammation and pain.  For reasons unclear other than apparent obstinacy, you refused to participate in this treatment after only a few days and were subsequently removed from med pass.  You have a responsibility to participate in your

*Handwritten annotations:*

*(top right, circled)* B

*(left margin)* 3)

*(right margin)* 1)* BULL SHIT

*(left margin)* 2)*

*(right margin, next to last paragraph)* Lies I finished the Entire Regiment of ANTI-BUTES + Amount of mouth Rinses.

*(bottom)* Waited to see dentist for over 2 months. → Then The Infection Came BACK! STILL WAITING!



healthcare and while in custody are limited to the opportunities deemed appropriate by medical staff regardless whether you agree or not.

Additionally, I have taken the opportunity to review each of your commissary orders since your incarceration in this jail.  I am confused why a person with the dental deficiencies you have continue to purchase and consume both hard and soft candy, nuts and chips.  This is, at the least, poor judgement and further illustrates an ongoing decision not to cooperate in your health care.

Finally, you assert you have been denied the opportunity to see the dentist which is not true. You are correct, however, that he comes once a month.  Unfortunately, your request to see him came immediately after his last visit in May.  Upon receiving your request, medical added your name to the list to see the dentist when he comes back in June.  I have confirmed your name is still on the list and you will indeed be seen later this month.  Until such time, I encourage you to address your discomfort by complying with the regimen set forth by medical.

*[handwritten annotations:]* 4 3 months is Denial! MARCH APRIL MAY 4 months = Denial! The Regimen stopped 3 months AGO! ANTI-BIOTICS STOPPED IN MARCH!

Regarding your statement emphasizing we do not remove teeth here, you are once again correct.  Our medical room is not a dental office and therefore anytime tooth extraction is required we go to an off-site location. Utilizing this option is best for the inmates' recovery and furthers our commitment to provide appropriate healthcare.

In consideration of the length of your sentence, I would encourage you to partner with our medical staff and participate in your healthcare rather than depart from proven and accepted medical protocols.

# INMATE REQUEST FORM

①

LEAVENWORTH COUNTY JAIL

LEAVENWORTH, KS

| LAST | FIRST | MIDDLE | INMATE # | POD/ CELL |
|------|-------|--------|----------|-----------|
| Pavel Edmister | Daniel | berry | 49680 | D-10 |

| QTY. | ITEMS | | | TOTAL |
|------|-------|--|--|-------|

## PLEASE LIMIT REQUESTS TO 1 REQUEST PER SHEET
### Form must be completed and signed for action

| | | |
|--|--|--|
| Money Order @ $2.00 ea. (fill in amount)  $ | issued to: | |
| Photocopy @ $.25 ea. | | |
| Manila Envelope @ .50 ea. | | |
| Indigent Mailing Packet @ $ .75 each (max 2) | | |
| Sick Call @ $5 | | |
| Prescription @ $3 | | |
| **TOTAL AMOUNT DEDUCTED FROM ACCOUNT:** | | |

**OTHER REQUEST:**

I want to know why I was charged $00 Again, just to see th Doctor for a 30 Day follow up. I already Paid for that! + I didnt ask to See her! You called me Down.

| INMATE SIGNATURE: | Daniel Edmister | | |
|-------------------|-----------------|--|--|

**FORWARD TO:   Sergeant / Clerk  / Operations / Admin.**    DATE: 4/14/2016

**RECEIVING OFFICER:**

**RESPONSE:**   467    DATE: 4/15/16

Your prescription was for 30 days only and in order to have that prescription renewed, you must see the physician to have this done. If you choose not to have your meds renewed, let me know and I can discontinue it and refund you of $3.00 for the prescription. –Melissa, Nurse Manager, 4/15/16

**COPY**

| OFFICER RESPONDING TO REQUEST: | | | |
|--------------------------------|--|--|--|
| PROPERTY RECEIVED BY: | | DATE: | |
| | | DATE: | |

REVISED 07/29/15 486

# Leavenworth County Jail
## Inmate Grievance Form

| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| EDMISTER | DAVID | BENTLY | 49680 | D-10 |

[X] **1st Grievance**
(Floor Officer 1st option, Jail Sergeant 2nd option)

[ ] **2nd Grievance-APPEAL** (Jail Commander)

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant.   If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense.  All grievances must be submitted through the chain of command as listed on the left.

Date 4-16-2016   Shift FIRST   11:30 AM

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

I WAS INCARCERATED 3/2/2016 ALREADY MOSTLY WITHDRAWN FROM METHADONE WHICH I'd BEEN TAKING for over 8 YEARS SINCE THE DOCTORS PUT ME ON OXYCONTIN & MORPHINA SULPHATES. I DIDNT LIKE THE NARCOTIC Roller Coaster withadone is very stable B.A. a Nightmare to with Drawal, THE office put me in a medical Holding Cell To Nurse asked me if I was Nauciated with Diaheria. I Told Her that was not going to Happen But that I was in alot of Pain. I was Born with Degenerative Disc Disease Scoliosis Siatica & I Have 2 full Pages from MRI Results 8 years ago A Doctor told me I had THE Back of a 100 year old man. Anywhere I've been incarcerated at Has Had me labled as "Chronic" Back Pain (ONGOING) this isnt going to change. I asked for an Ibuprophen & She told me "We dont Dispense IBUPROFEN for Pain. & Refered me to the Commissary I in sent to I-Pod i found out I could only get 10 IBU A week. Not nearly Enough I in used to 2 800's A DAY. So I Put in for Sick Call for my teeth was charged $500 $300 + $800 = $1600 She Couldnt Even Look in my mouth my teeth are so Bad. She also told me that "We dont pull teeth Here" then I informed Her She was deNying me my Right to Adiquate Medical + Dental attention when by she said unless it was a Life Threatening "problem I didnt Have a leg to Stand on. Then This month THEY called me Down AND asked me How I was Doing E/N THE minute Melissa prescribed Cymbalta i sat on Segretin + said "She was going to get her a good Deal for the Year" it would be good for 3 months + cost me $300 I said God Bless you + Thanks, I tell The Doctor That I Could tell That it was working Sure but I still Had Pain, They charge me another $80 Dollars, THEFT! This week no anti-biotics for my teeth + Rinses But I Have 6 Busted off at the Gumline Pain!

Receiving Officer CPL Bott #468      Date 4/16/16

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

## Grievance Response

**Officer** _____

**Date** _____

# Leavenworth County Jail
# Inmate Grievance Form

| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| EDMINSTER | DAVID | BENTLY | 49680 | D-10 |

☐ **1st Grievance**
(Floor Officer 1st option, Jail Sergeant 2nd option)

☒ **2nd Grievance-APPEAL** (Jail Commander)

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant.   If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense.  All grievances must be submitted through the chain of command as listed on the left.

✳ KS-44-15 -102 (a) (2) NO RESPONSE within 10 DAYS

Date 4-26-2016    Shift _____

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

Its Been 10 Days since my FIRST Grievance ✳ Therefore I'm going to The 2nd Phase / APPEAL STAGE. I Have NoT RECIEVED A Response to THE ORIGINAL GRIEVANCE, ALSO since Then on APRIL 19, 2016 Robinson, Herbert D-12 + ALvis D-4 Were Sent to See the Dentist WHo Was here that DAY. I have Yet to See the Dentist. I Have infections on my upper + Lower Gums at THE Teeth Root's Level This is considered to Be LIFE THREATENING. I HAVE SIX TEETH BRoken off AT the Gum Level. With A lot of Pain Both Nurses Know this + I have still Not Seen A Dentist. They also still Refuse to Give me any thing for (Back Pain) INFLAMMATION Besides an Extra Mattress.

AND I would Like to HAVE THE TEETH Removed That ARE Causing in Fact the my PAIN. I'm very Limited as to what I can Eat / AND I Can't. Afford Ibuprofen for Every day this next year to Avoid Being CRIPPLED AGAIN! So I ask for Some Type of ANTI-INFLAMMATORY / Pain Relief.

Receiving Officer _Lou Goot #464_     Date _4/26/16_

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

# Grievance Response

**Officer** _Lt. Lorenzo_

**Date** _04-26-16_

All medication has to be approved by medical and I have been advised that you haven't requested to see the dentist.



# Leavenworth County Jail
# Inmate Grievance Form

| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| EDMINSTER | DAVID | EDMINSTER | 49680 | D-10 |

☐ 1st Grievance
(Floor Officer 1st option, Jail Sergeant 2nd option)

☐ 2nd Grievance-**APPEAL** (Jail Commander)

☒ MAJOR

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant. If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense. All grievances must be submitted through the chain of command as listed on the left.

Date 4-26-2016    Shift 2nd

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

I only Have two medical / Dental issues Both CHRONIC

Dental would be considered life THREATENING infections in upper & Lower Gums from Roots impacted, plus 6 teeth Broken off at the Gums, & Cavities / Pain.

AND Rheumatoid ARTHRITIS / DEGENERATIVE DISC Desease

I've PAID medical $240 So far for Two chronic problems which should only Have constituted a payment of $80 Each, with medication = $160 AND They Actually said on the 2nd GRIEVANCE That I havent ASked to see the Dentist IF I Havent, Then Why Have I Been Given ANTI-BIOTICS & ORAL Rinses to prep me to See the DENTIST? ARE we waiting for the infection to come Back or to kill me?

ALSO "I was Denied A VISIT Today "Due to the phone"? & was told to Act like we could hear Each other? my mother is 75 years old & doesnt live in Leavenworth, Retribution? They said she could come Back Tomorrow. I even Asked if there WERE any other options "Are Like you CAN Hear Her or END the VISIT, this I was coming out for the visit Lambert said she wants to See Both of Them But... OH He already Here? my Nephew is also Here, I was raised By me & my mother.

Receiving Officer  a. lambe    Date 4-26-16

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

Inmate Edminster #49680

May 2, 2016

Re: Grievance


Mr. Edminster,

You have access to medical care through our contracted medical provider.  Medical decisions are made by properly trained, educated and licensed practitioners.   Any medical questions you have or requests need to be directed to those personnel.


Major Dedeke

# Leavenworth County Jail
# Inmate Grievance Form



| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| EDMISTER | DAVID | BENTLY | 49680 | D-10 |

☐ **1st Grievance**
(Floor Officer 1st option, Jail Sergeant 2nd option)

☐ **2nd Grievance-APPEAL** (Jail Commander)

X   MAJOR SHIRLEY

Date 5-2        Shift 2nd

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant.   If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense.  All grievances must be submitted through the chain of command as listed on the left.

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

This is the 5th stage so far + Im sure you have copies of the other 4. I've Tried to get medical + Dental attention Attention since I've been here + So far I've not seen a dentist ar been given anything for anti-inflammatory Problems caused by Degenerative Disc Disease, Rheumatoid ARTHRITES These ARE chronic Problems with chronic Pain.

They've taken care of the infection (for Now) But the teeth problems are not going Away + Im tired of paying over + over for the Same 2 Problems. That's theft! AND Denied of Medical + Dental Something facilities No matter who you Sub Contract with to [?]

Receiving Officer Peters #476        Date 5-2-16

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

# Grievance Response

**Officer** *Lt. Lorenzo*

**Date** *05-03-16*

~~Major Sherley is no part of the Detention Division chain of command.~~

# Leavenworth County Jail
## Inmate Grievance Form

| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| EDMISTER | DAVID | BENTLY | 49680 | D-10 |

☐ **1st Grievance**
(Floor Officer 1st option, Jail Sergeant 2nd option)

☐ **2nd Grievance-APPEAL** (Jail Commander)

X̲ UnDer SHeriFF

Date 5-16-2016   Shift 1st

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant.   If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense.  All grievances must be submitted through the chain of command as listed on the left.

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

ITS Been 13 DAys & I Havent Heard Back from MATOR MeDiKey So Ive Decided to PROCEDE to The nexT STep.

Last Paid $8.00 x 3 = 24.00 for 2 chronic Problems my Tooth is left & Broken off at the Gums with infection deeper and lower at the Roots, & my Bones/Back Degener DEGenerATive DISC Desease. I've Also Got Rheumatoid ARTHRITIS I've Been Denied both Dental & medical By Not Being Able to See the Dentist on 4/19 & No IBu or MOTIn pellmentay meds these are chronic Problems & I cant seem to get Past the Pain or get any help / Removal of Teeth etc. I Have all the Copies of the Past Grievences if you need to See them.

Thanks for your Time

David Edmister

Receiving Officer _____ Date _____

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

5/14/16

# INMATE REQUEST FORM

LEAVENWORTH COUNTY JAIL

LEAVENWORTH, KS

⑦

| | LAST | FIRST | MIDDLE | INMATE # | POD/CELL |
|---|---|---|---|---|---|
| | Edminster | David | Henry | 49680 | D 70 |
| QTY. | ITEMS | | | | TOTAL |

### PLEASE LIMIT REQUESTS TO 1 REQUEST PER SHEET
### Form must be completed and signed for action

| | | | |
|---|---|---|---|
| | Money Order @ $2.00 ea. (fill in amount) $ | issued to: | |
| | Photocopy @ $.25 ea. | | |
| | Manila Envelope @ .50 ea. | | |
| | Indigent Mailing Packet @ $ .75 each (max 2) passed out on Friday | | |
| | Sick Call @ $5 | | |
| | Prescription @ $3 | | |
| | **TOTAL AMOUNT DEDUCTED FROM ACCOUNT:** | | |

OTHER REQUEST:

my teeth Are still killing me + the infection INFECTION IS BACK. I need to see a Dentist

INMATE SIGNATURE: _David Edminster_

FORWARD TO: **Sergeant / Clerk  / Operations / Admin.**           DATE: 5-24-2016

RECEIVING OFFICER:           DATE:

RESPONSE:

Our dentist comes monthly and you will be seen when he comes. You missed the dentist in May, therefore you are schedule for June. –Melissa, Nurse Manager, 5/27/16

COPY

| OFFICER RESPONDING TO REQUEST: | | DATE: |
|---|---|---|
| PROPERTY RECEIVED BY: | | DATE: |

REVISED 07/29/15 486



# Undeliverable Inmate Mail

Inmate Name **Edminster, David** Number **49680** Pod/cell **c-10** Property box **139**
This notice is to inform you that a letter has been delivered to you and has been placed in your property. The letter has not been delivered to you because it does not meet the criteria for entry into the facility for the following reasons.

☐ Sexually explicit      ☐ Unapproved inmate to inmate correspondence
☐ No return address     ☐ Inappropriate message
☐ Gang Related          ☐ Inappropriate photographs
☒ Other explain: **Has Information About other Inmates**

The Letter/Publication was received from:
(Return address on letter)
**Carol Atwood**
**2835 N. 75th Terr**
**Kansas City, KS 66109**
If you would like to have the letter returned to sender or feel that the letter was refused without cause you may submit a request form for review to the Sergeant on duty.

Officer reviewing mail **J. Wise #480**
A copy of this notice is to go to the inmate and with the undeliverable mail into their property.

*Sent home for copies of GRIEVENCE To The Sheriff to send from here*

*Had The legal Format Im using Now... I had it Sent AGAIN.*

# Leavenworth County Jail
# Inmate Grievance Form

10

| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| Edmondo | David | Bentley | 49680 | C-10 |

[X] **1st Grievance**
(Floor Officer 1st option, Jail Sergeant 2nd option)

[ ] **2nd Grievance-APPEAL (Jail Commander)**

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant. If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense. All grievances must be submitted through the chain of command as listed on the left.

Date 6-09-2016     Shift 3rd

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.          *

This is the 2nd time that due process has been delayed by staff, the first time was by Sergeant Patterson returned to the (under storage) copied & signed "NOT A Grievance matter" * but due to the infection returning it is life threatening therefore definately A Grievance matter.

If you want to claim it has information about other inmates, remove that portion & give me my legal mail or I'll proceed with Due Process through a Law Firm!

KSA 2005 Supp 75-3210, KSA 75-5251

Officer Reviewing Mail J. Wise # 480

Receiving Officer   J. Wise #480     Date   6/9/2016

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

# Grievance Response

Officer J. Wise #480

Date 6/9/2016

After reviewing your mail it was determined, the mail was from your mother not your attorney therefore not legal mail.

# INMATE REQUEST FORM

LEAVENWORTH COUNTY JAIL                                    LEAVENWORTH, KS

| LAST | FIRST | MIDDLE | INMATE # | POD/ CELL |
|------|-------|--------|----------|-----------|
| EDIMINSTER | DAVID | BENTLY | 49680 | C-10 |

| QTY. | ITEMS | | TOTAL |
|------|-------|---|-------|
| | **PLEASE LIMIT REQUESTS TO 1 REQUEST PER SHEET** Form must be completed and signed for action | | |
| | Money Order @ $2.00 ea. (fill in amount)  $        issued to: | | |
| | Photocopy @ $.25 ea. | | |
| | Manila Envelope @ .50 ea. | | |
| | Indigent Mailing Packet @ $ .75 each (max 2) passed out on Friday | | |
| | Sick Call @ $5 | | |
| | Prescription @ $3 | | |
| | **TOTAL AMOUNT DEDUCTED FROM ACCOUNT:** | | |

**OTHER REQUEST:**

I need the Legal Package Sent By Carl Atwood that you had to Sign for. It has the next step in my legal process ("Due Process") Seeking Relief.

Receiving officer # 445

| INMATE SIGNATURE: | _David Edminster_ | DATE: | 6-11-2016 |
|---|---|---|---|

FORWARD TO:   **Sergeant / Clerk  / Operations / Admin.**

| RECEIVING OFFICER: | 435 | DATE: | 6-11-16 |
|---|---|---|---|

**RESPONSE:**

| OFFICER RESPONDING TO REQUEST: | | DATE: | |
|---|---|---|---|
| PROPERTY RECEIVED BY: | | DATE: | |

REVISED 07/29/15 486

# Leavenworth County Jail
# Inmate Grievance Form

| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| EDMINSTER | DAVID | BENTY | 44680 | C-10 |

[X] 1st Grievance
(Floor Officer 1st option, Jail Sergeant 2nd option)

[ ] 2nd Grievance-**APPEAL** (Jail Commander)

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant.   If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense.  All grievances must be submitted through the chain of command as listed on the left.

Date 6-11-2016   Shift 1st

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

This is the 3rd Time. my Due Process/Civil Rights have Been Violated. I Need the Package Sent by Carol Norwood to start the Next Step in my Legal (Due Process) to Seek Relief.

The Package was Sent with a stipulation of Sojourned So I know it is the Legal Package.
I Hope This is Not Retribution for the GRIEVANCE Process or INFRINGEMENT of my Civil Rights. (FEDERAL)
Received By Officer Turner #444

Receiving Officer _____   Date _____

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

# Grievance Response

**Officer** _Lee Garett #4164_

**Date** _6/11/16_

The Package sent in is Littered with Staples, Paper clips and other items that cannot be allowed into the facility. We are not obligated to Alter the contents of your mail to where it is able to be approved. This is in no form a retaliatory response, but is a matter of policy.

# Leavenworth County Jail
# Inmate Grievance Form



| LAST | FIRST | MIDDLE | INMATE # | POD# |
|------|-------|--------|----------|------|
| EDMINSTER | DAVID | BENTLY | 44680 | C-10 |

☐ 1st Grievance
(Floor Officer 1st option, Jail Sergeant 2nd option)

☒ 2nd Grievance-**APPEAL** (Jail Commander)

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant.  If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense.  All grievances must be submitted through the chain of command as listed on the left.

Date 6-12-2016    Shift 2nd

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

This is the 3rd Time my Civil Rights / Due Process has Been Violated. I need the Package Sent By Carol A Turcel to Start the Next step in my Legal (Due Process) To Seek Relief.

The Package was Sent with A Stipulation of Signature So I know it is the Legal Package. Received By Officer Turner #445    Due to Packaging I've Been Denied Access to my Family? Then all of A Sudden it's Due to STAPLes.

With all the Time They Spend on Reading every Letter You'd Think 1 or 2 STAPLes wouldn't Kill Them Authorized of Implementing KSA 2005 Supp 75-5210 KSA 75-5251 or 44-15-104 Reprisals Are PROHIBITED

I've Received all other mail. I only Have Problems if A GRIEVENCE or A Law Suit Application Format is involved + I keep Copies, & Records    1) Sgt. Patterson = GRIEVENCE TURNED Slip

6/9  2) J. Wise #460 GRIEVENCE To Sheriff
6/10  3) Turner #445 LAW SUIT FORMAT

Receiving Officer _____

Date _____

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

See A PATTERN?
WE DO!

19/8
ATTACH # 4

EMERGENCY GRIEVENCE

# Leavenworth County Jail
# Inmate Grievance Form

| LAST | FIRST | MIDDLE | INMATE # | POD |
|------|-------|--------|----------|-----|
| Edmiston | David | Bently | 49680 | 8 Medical Holding |

[✓] **1st Grievance**
(Floor Officer 1st option, Jail Sergeant 2nd option)

[ ] **2nd Grievance-APPEAL** (Jail Commander)

When you turn in a grievance it must first go through a Floor Officer. If the floor officer is unable to handle the request, it may be submitted to a Jail Sergeant.   If you are appealing the decision of the Jail Sergeant you must also submit a copy of the original grievance at your own expense.  All grievances must be submitted through the chain of command as listed on the left.

Date 6-20-2010   Shift _____

Classification, Disciplinary action, Medical decisions, and personality conflicts between staff and inmates are generally not a grievance issue.

AT KU the Doctors warned me to contact them incase the swelling/infection spread + it is now at my throat/throat trouble messing with my breathing. When I mentioned this to Melissa she said were not sending you back? I never asked to go back just for her to make the call + find out what to do! Finest I informed her that I didn't get ICE until 0300. But started asking for it at 2200 Approx 5-Hours 0400 this could have caused it. It definitely caused under Pain! I also Don't get any Tylenol Derer 2000 until 0630 WARNED

I was warned about the spreading. that they should be called.

Now I am unable to use the Phone Have asked All Day from 1200 - 2000 this is the 2nd Day! I also Layed Around for (5) Days Before I was Sent to Have my Mandible (JAW) fixed

Thats A Broken Bone, 5-DAYS

Receiving Officer _Nerri_ 471   Date 6/26/16

Do not use the back of this page. Use another grievance form. The back page is for staff use only.

# Grievance Response

Officer _____ Sibold

Date _____ 6/26/16

I forwarded a copy to medical and the Jail Commander

# Estelle v. Gamble
# 429 U.S. 97 (1976)

**Paragraph below is a part of the decision making of the case Estelle v. Gamble**

The Court indicates the Eighth Amendment is violated "by prison guards in intentionally denying or delaying access to medical care or intentionally interfering with the treatment once prescribed." *Ante* at 429 U. S. 104-105. If this is meant to indicate that intent is a necessary part of an Eighth Amendment violation, I disagree. If a State elects to impose imprisonment as a punishment for crime, I believe it has an obligation to provide the persons in its custody with a health care system which meets minimal standards of adequacy. As a part of that basic obligation, the State and its agents have an affirmative duty to provide reasonable access to medical care, to provide competent, diligent medical personnel, and to ensure that prescribed care is in fact delivered. For denial of medical care is surely not part of the punishment which civilized nations may impose for crime.

**Notes:** Chronic conditions include high blood pressure/hypertension, asthma, arthritis, heart related problems and diabetes/high blood sugar in addition to kidney-related problems, stroke-related problems, cancer and cirrhosis of the liver. Medical conditions among jail inmates are categorized by the status of symptoms and the need for treatment. "Ever had" includes jail inmates diagnosed and told by a health professional at least one point in their lifetime that they had the medical condition. "Currently has" includes jail inmates told they currently have the medical condition by a health professional. Inmates who ever had a chronic medical condition may be at risk for the return of symptoms or additional health problems, while currently having a condition identifies those who have present healthcare needs.