August 15, 2016

Timothy M. O'Brien

Clerk of Court

United States District Court

444 S. E. Quincy

Topeka, KS  66683

Re:  Complaint by David B. Edminster against Sheriff Dedeke of Leavenworth County Jail

Dear Sir:

I am David's mother and attempting to advocate for him since he is an inmate in the Leavenworth County Jail and has no money and little access to needs and materials to process.

David has several chronic conditions:  arthritis and deteriorated bones that cause him much pain and requires inflammatory reduction relief.  His teeth also are nothing but decayed stumps.  He has consistently been met with resistance to administering of basic OTC type medication by the nurse, Melissa.  While there, his jaw was broken and the antibiotic after the surgery was not administered to him per instructions, ice was not given to him as needed for the swelling and it became a severe situation that could have caused his death. The oral surgeon warned that swelling into the chest was a critical sign and that did occur.

I can attest to David's complaint that there was interference with due process.  The grievance response for 6.11.2016 stated as "The package sent in is littered with staples, paper clips and other items that cannot be allowed into the facility" is a flat out lie.  I was the one who sent the legal document forms and purposely did not use staples or paper clips for fear of rejection but used sticky notes instead to "clip" together multiple pages or copies.

Not only David but for many of the inmates, it appears there is a lack of duty (or incompetence) in providing (recognized as a civil right) treatment for chronic conditions by the medical subcontractor for the jail. It is particularly in regard to dental issues which become medical issues if not addressed.

Thank you for handling.

*Carol Atwood*

Carol Atwood

2835 North 75th Terrace

Kansas City, KS  66109

Enclosures list follows.

| Enclosures: | #upper right |
|---|---|
| Summons | 5-6 |
| Civil Information Sheet | 7 |
| Certificate of Delivery | 8 |
| United States District Court0 Application to Proceed Without Prepayment of Fees | |
| And Affidavit by a Prisoner | 9- 10 |
| Civil Rights Complaint 1983 | 17-21 |
| 18a typewritten copy of handwritten copy 18b | |
| Detainee Transaction History | 1-3 |
| Detainee Transaction History | 1 of 1 |
| Memo from Sheriff Dedeke re: Grievance dated May 27, 2016 | 13-14 |

Inmate Request Form dated 4.14.2016

Inmate Grievance Forms dated 4.16.2016, 4.26.2016, 5.2.2016, 5.16.2016

Inmate Request Form 5.24.2016 – to see the dentist

Undeliverable Inmate Mail (had legal format as being used in this correspondence and letter referencing another inmate to which they objected and denied access to all)

Inmate Grievance Forms dated 6.9.2016, 6.11.2016, 6.11.2016, 6.12.2016

Emergency Grievance Form of 6.26.2016

5

## SUMMONS

To: _SHERIFF DEDEKE, LEAVENWORTH COUNTY JAIL_

A law suit has been filed against you.

Within (21) (30) (40) days after service of this summons on you (not counting the day you receive it) you must serve on the Plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. The answer or motion must be served on the Plaintiff's Attorney or the Plaintiff if Plaintiff has no Attorney at the following : Address: _601 S. 3RD ST, SUITE 2007_
_LEAVENWORTH, KS 66048_

If you fail to file an answer or motion as described above, judgement by default will be entered against you for the relief demanded in the petition. You also must file your answer or motion with the court.

If you file an answer, any related claim which you have against the Plaintiff must be stated as a counter claim in your answer. If you file an answer, any related claim which you have against the Plaintiff must be stated as a counter claim in your answer. If you fail to do so, you  be barred from making such claim in any other action.

Date:_____

Clerk of the District Court

Clerk's Seal:

By:_____

Deputy

Wherefore Plaintiff prays the Court for judgment against the Defendant as follows:

Judgement Type: MEDICAL MALPRACTICE/DENIAL OF PROPER MEDICAL & DENTAL CARE FOR 5 MOS. (8TH AND 14TH AMENDMENT); IMPEDENCE OF DUE PROCESS; FALL & BROKEN JAW FACIAL DEFORMITY TITLE 42 USC § 1983; ESTELLE v. GAMBLE 429 US 97 (1976)

Principal: 1,000,000.00 & FUTURE HEALTH (MED & DENTAL) CARE FOR SELF & INMATES

Prejudgment Interest:

From this date: MARCH 02, 2016

Post Judgement Date:

Attorney Fees:

Court Costs:

And for such other relief as the court deems just and equitable:

PAIN & SUFFERING TORTS: BODY, FACIAL, PSYCHOLOGICAL
CIVIL RIGHTS VIOLATIONS 8th & 14th

Plaintiff

*[signature: David Ebmt]*

Subscribed and sworn to before me

Clerk's use:

On this 30 day of June, 2016

Notary Public:

**LESLEY BROWN**
**My Appointment Expires**
**July 25, 2017**
STATE OF KANSAS NOTARY PUBLIC

*[signature: Lesley Brown]*
State of Kansas
Leavenworth County

1

CIVIL INFORMATION SHEET

Nature of Suit:

DENIAL OF MEDICAL & DENTAL; PAIN & SUFFERING

Jury Demand:

Summons Attached:

Service By:

Sheriff's Process Fee Attached:

Plaintiff's Information:

Name: DAVID B. Edminster

Address: 601 S. 3RD, SUITE 2007
LEAVENWORTH CO. JAIL
Phone: LEAVENWORTH, KS

Sex: M

DOB: 12-04-1962

SSN: 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

DL or State ID No._____

Defendant Information:

Name: SHERIFF DADEKE

Address: 601 S. 3RD, LEAVENWORTH, KS

Phone:_____

Sex: M

DOB:_____

SSN:_____

DL or State ID No._____

8

## CERTIFICATE OF DELIVERY

I hereby certify that on _____ day of _____ 20_____,

I caused a True and Correct Copy of _____

was mailed by_____, addressed to the following:

_____          _____
_____          _____
_____          _____