David Edminster
601 S 3RD ST.
SUITE 2007
Leavenworth, Ks. 66048

  

U.S. POSTAGE
PAID
KANSAS CITY, KS
66112
AUG 16, 16
AMOUNT
$2.83
R2304W119384-08

1000   66683

Timothy O'Brien
Clerk of the Court
U.S. District Court
444 E. Quincy
Topeka, Ks. 66683

RECEIVED

AUG 18 2016

CLERK U.S. DIST. COURT
TOPEKA, KANSAS