# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID B. EDMINSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-3176-CM ) |
| SHERIFF DEDEKE, MELISSA WARDROP, MAJOR DEDEKE, LT. LORENZO, LT. O'BRIEN, ADVANCED CORRECTIONAL HEALTHCARE, SGT. PATTERSON, SGT. SIBOLD, SGT. MASONER, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the court upon plaintiff's Motion to Appoint Counsel (ECF No. 46). On October 12, 2017, the court denied a previous motion for appointment of counsel filed by plaintiff. The instant motion raises the same contentions asserted by plaintiff in his prior motion. For the reasons stated in the court's order of October 12, 2017, this motion is denied.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Appointment of Counsel (ECF No. 46) is denied.

**IT IS SO ORDERED.**

Dated this 19th day of October, 2017, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge